UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JOEL GONZALEZ BALDERAS,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PAMELA JO BONDI, IN HER** | § | |
| **OFFICIAL CAPACITY AS** | § | |
| **ATTORNEY GENERAL OF THE** | § | |
| **UNITED STATES; MARKWAYNE** | § | |
| **MULLIN, IN HIS OFFICIAL** | § | **No. 3:26-CV-00932-LS** |
| **CAPACITY AS SECRETARY OF THE** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; TODD LYONS, IN HIS** | § | |
| **OFFICIAL CAPACITY AS ACTING** | § | |
| **DIRECTOR OF UNITED STATES** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; AND MARY DE** | § | |
| **ANDA-YBARRA, IN HER OFFICIAL** | § | |
| **CAPACITY AS DIRECTOR, EL PASO** | § | |
| **FIELD OFFICE, U.S. IMMIGRATION** | § | |
| **AND CUSTOMS ENFORCEMENT,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Petitioner moves to dismiss this case without prejudice.[1] Petitioner states he previously filed another petition for writ of habeas corpus, with Cause No. 3:26-cv-00876-KC, which has already been partially granted.[2] Petitioner also represents that Respondents will not suffer any prejudice if this petition is dismissed.[3]

---

[1] ECF No. 4.
[2] *Id.* at 2.
[3] *Id.* at 3.

Because Petitioner has already received the relief that he seeks, and the Court agrees that Respondents would not be prejudiced by the dismissal of this petition, the Court grants Petitioner's motion to dismiss [ECF No. 4] and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 4, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**